IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00082-WYD-OES

SONJA J. PALMER,

Plaintiff(s),

vs.

DENVER HEALTH AND HOSPITAL AUTHORITY, et al.,

Defendant(s).

---

ORDER DENYING PLAINTIFF'S
MOTION FOR STAY

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: July 7, 2005

     Plaintiff asks the Court to stay all proceedings on her case until August 4, 2005, because she will be out of state and unavailable until then. Simply because a party is out of state does not mean that all activity on the case stops. Plaintiff's Motion to Request Stay of Proceedings [filed July 5, 2005] is DENIED.

                                       BY THE COURT:

                                       s/ O. Edward Schlatter

                                       _____
                                       O. Edward Schlatter
                                       U.S. Magistrate Judge