IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00082-WYD-OES

SONJA J. PALMER,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Request [for] Leave to File Objections to Recommendations Out of Time (filed November 22, 2005) is **GRANTED**.  Plaintiff's Objections for Recommendation for Partial Dismissal of Second Amended Complaint (attached to Plaintiff's Request [for] Leave to File Objections to Recommendations Out of Time) are **ACCEPTED FOR FILING**.

Dated:  November 28, 2005

                                      BY THE COURT:

                                      s\ Sharon Shahidi
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U.S. District Court