IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 05-cv-82-WYD-OES

SONJA J. PALMER,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 30 2006

GREGORY C. LANGHAM
CLERK

## ORDER APPROVING AND ENTERING PROTECTIVE ORDER

The Court, having reviewed the Unopposed Motion for Protective Order ("Motion") and the Stipulated Protective Order attached to the Motion as Exhibit A, and being fully advised in the premises, hereby finds good cause for entry of the Stipulated Protective Order. Therefore, the Court ORDERS that the Motion is GRANTED and the Court hereby approves and enters the Stipulated Protective Order attached to the Motion as Exhibit A.

Dated this 30th day of Jan, 2006.

By the Court:

/s/ O. Edward Schlatter
United States Magistrate Judge
O. Edward Schlatter

EXHIBIT B