IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00082-WYD-MEH

SONJA J. PALMER,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2006.**

    Defendants seek to amend their answer to include two defenses: (1) after-acquired evidence; and (2) failure of Plaintiff to avail herself of Defendant's discrimination and harassment policies. Plaintiff, *pro se*, objects to this Motion and argues why these defenses should not apply to her case. However, Defendants filed this Motion before the time to amend pleadings had passed, and the discovery deadline is not until August 31, 2006. Under Fed. R. Civ. P. 15(a), the Court believes Defendants should be allowed to amend their answer. This amendment will not prejudice the Plaintiff because Plaintiff has ample time to gather evidence, through discovery, to dispute the legitimacy of these defenses. Thus, the Court does not, and need not, pass on the application of these defenses in this case to allow an amendment at this early stage of discovery.

    Defendants' Motion to Amend Answer [Filed February 27, 2006; Docket #68] is hereby **granted**. The Clerk of the Court is directed to file the First Amended Answer [Docket #68-2].