IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00082-WYD-MEH

SONJA J. PALMER,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY, *et al.*,

    Defendants.

### MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 24, 2006.**

    Plaintiff's Motion to Request for Leave [Filed July 20, 2006; Docket #77] is **denied.** Plaintiff has failed to comply with D.C.COLO.LCivR 7.1(A) prior to filing the motion, and has failed to demonstrate cause or account for the burden to the Defendants of her request to serve an additional 132 interrogatories in this case.