IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00082-WYD-OES

SONJA J. PALMER,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Attend Summary Judgement Hearing by Telephone Conference [Docket # 104] is **GRANTED.**  Plaintiff is directed to call Judge Wiley Y. Daniel's chambers, phone number 303-844-2170, on **Monday, April 23, 2007, at 3:00 p.m.**

Dated:  April 13, 2007