**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

Courtroom Deputy:   Robert R. Keech          Date:   April 23, 2007
E.C.R./Reporter:    Kara Spitler

_____

Civil Action No:  **05-cv-00082-WYD-MEH**          <u>Counsel:</u>

**SONJA J. PALMER**,                                Pro Se

      Plaintiff,

v.

**DENVER HEALTH AND HOSPITALS**,                    Colin A. Walker

      Defendant.

_____

**COURTROOM MINUTES**

_____

**HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**3:13 p.m.**   Court in Session

        APPEARANCES OF COUNSEL.  Sonja J. Palmer appears by telephone.

        Court's opening remarks.

        Defendant's Motion for Summary Judgment (#81 - 10/13/06) is raised for argument.

3:16 p.m.      Argument by Plaintiff (Ms. Palmer).

3:18 p.m.      Argument by Defendant (Mr. Walker).

3:27 p.m.      Argument by Plaintiff (Ms. Palmer).

3:39 p.m.      Argument by Defendant (Mr. Walker).

Judge Wiley Y. Daniel
05-cv-00082-WYD-MEH - Courtroom Minutes

| | |
|---|---|
| 3:46 p.m. | Argument by Plaintiff (Ms. Palmer). |
| **ORDERED:** | Defendant's Motion for Summary Judgment (#81 - 10/13/06) is **TAKEN UNDER ADVISEMENT.** |
| | Court makes inquiry of Plaintiff as to why she does not have counsel. |
| 3:53 p.m. | Statement by Ms. Palmer in response to Court's inquiry. |
| | Court indicates that a written order shall follow. |
| **3:58 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  0:45**