IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.05-cv-00082-WYD-MEH

SONJA J. PALMER,

    Plaintiff,

v.

DENVER HEALTH MEDICAL CENTER,

    Defendant.

## ORDER

This matter come before the Court on Defendant's Motion for Entry of Judgment (filed April 5, 2008). The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Motion for Entry of Judgment is **GRANTED**. The Clerk of Court shall enter judgment in favor of Defendant and against Plaintiff on Defendant's Bill of Costs in the amount of $988.86.

Dated: April 9, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge