IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00082-WYD-MEH

SONJA J. PALMER,

    Plaintiff,

v.

DENVER HEALTH MEDICAL CENTER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2008.**

    Defendant's Motion to Vacate Subpoena Duces Tecum (Rule 69) [Examination] [filed November 19, 2008; docket #148] is **granted**. The Rule 69 Judgment Debtor Examination currently scheduled for Monday, December 8, 2008, at 1:30 p.m. is hereby **vacated**.